IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNDARI K. PRASAD,

    Plaintiff,

v.                                                  Civil Action No. 3:17CV62

KARN ART INC., *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 20, 2017, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. Because Plaintiff failed to submit a particularized complaint or otherwise respond to the July 20, 2017 Memorandum Order, by Memorandum Opinion and Order entered on August 23, 2017, the Court dismissed the action. However, later that same day, the Court received Plaintiff's tardy Particularized Complaint. Because the Particularized Complaint was received the same day as the Court dismissed the action, the August 23, 2017 Memorandum Opinion and Order will be VACATED. The Court will continue to process the action.

An appropriate order will accompany this Memorandum Opinion.

/s/ M. Hannah Lauck
United States District Judge

Date: SEP 06 2017
Richmond, Virginia